FILED

JUL 23 2026

CLERK U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA    )
    )
v.    )    Case No: 2:26mj253
    )    Court Date: October 8, 2026
    )
RONALD KENDRICK III,    )
Defendant.    )

CRIMINAL INFORMATION

COUNT ONE
Misdemeanor – Violation Notice E1571516

THE UNITED STATES ATTORNEY CHARGES:

That on or about July 14, 2026, at Naval Air Station Oceana, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, RONALD KENDRICK III, did drive a motor vehicle on a highway at a speed of twenty (20) miles per hour or more in excess of the posted speed limit.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-862.)

Respectfully submitted,

Todd. W. Blanche
Acting Attorney General

Theophani K. Stamos
First Assistant United States Attorney

*Taryn M. Meeks*

_____
Taryn M. Meeks
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6338
Email: Taryn.Meeks2@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*Taryn M. Meeks*

Taryn M. Meeks
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6338
Email: Taryn.Meeks2@usdoj.gov

July 23, 2026

Date